

lorettataianaoinf

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

NOV - 8 2007

JEANNE G. QUINATA
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT
## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00106 |
| Plaintiff. | INFORMATION |
| vs. | POSSESSION OF A THREATENED SPECIES |
| LORETTA SANCHEZ TAIANAO, | [16 U.S.C. § 1538(a)(1)(D)] |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

On or about August 24, 2006, within the District of Guam, the defendant herein, LORETTA SANCHEZ TAIANAO, did unlawfully and knowingly possess and transport one (1) green sea turtle (*chelonia mydas*) that was taken in violation of Title 50, Code of Federal Regulations, Section 17.42(b)(1), all in violation of Title 16, United States Code, Section 1538(a)(1)(D).

Dated this 7th day of November, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
KARON V. JOHNSON
Assistant U.S. Attorney

# Criminal Case Cover Sheet

**U.S. District Court**

**Place of Offense:**
City: Hagåtña

07-00106
~~07-00018~~

**Related Case Information:**
Superseding Indictment _____ Docket Number _____
Same Defendant _____ New Defendant __x__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

Country/Parish _____

## Defendant Information:

Juvenile: Yes ___ No __X__   Matter to be sealed: ___ Yes __x__ No

Defendant Name: LORETTA SANCHEZ TAIANAO

Alias Name: _____

Address: _____
Chalan Pago, Guam

Birthdate: Xx/xx/1970   SS#: xxx-xx-2957   Sex: F   Race: PI   Nationality: Chamorro

## U.S. Attorney Information:

AUSA: Karon V. Johnson

Interpreter: __X__ No ___ Yes   List language and/or dialect: _____

**RECEIVED NOV -8 2007 DISTRICT COURT OF GUAM HAGATNA, GUAM**

## Location Status:

Arrest Date: _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody
☐ On Pretrial Release

## U.S.C. Citations

Total # of Counts: __1__   ___ Petty __X__ Misdemeanor ___ Felony

| Set | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 1 | 18 USC 1538(a)(1)(D) | Possession of a Threatened Species | 1 |
| 2 | | | |
| 3 | | | |
| 4 | | | |

(May be continued on reverse)

Date: 11/7/07   Signature of AUSA: Karon V. Johnson