# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>**LORETTA S. TAIANAO,**<br><br>　　　　Defendant. | CRIMINAL CASE　NO. 07-00106<br><br><br>**APPOINTMENT ORDER** |

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent the defendant in the above-entitled case *nunc pro tunc* to October 13, 2007.

**/s/ Joaquin V.E. Manibusan, Jr.**
　　**U.S. Magistrate Judge**
**Dated: Nov 15, 2007**