# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff, | ) <br> ) <br> ) | USDC Cr. Cs. No. 07-00106 |
| vs. | ) <br> ) | REQUEST TO CONTINUE<br>**SENTENCING HEARING** |
| LORRETTA SANCHEZ TAIANAO<br>Defendant. | ) <br> ) <br> ) | |
| _____ | ) | |

      COMES NOW,  the United States Probation Officer and respectfully requests the Honorable Court for an Order to continue the Sentencing Hearing set for February 13, 2008.  The Probation Officer requests that the Court continue sentencing to March 17, 2008.  The continuance is necessary for the Probation Officer to complete the pre-sentence investigation and report.  Both parties have no objection to the continuance.


      RESPECTFULLY submitted this   7th   day of January 2008.


          Respectfully submitted,

          ROSSANNA VILLAGOMEZ-AGUON
          Chief U.S. Probation Officer

By:          /s/ Christopher J. Duenas
                  U.S. Probation Officer Specialist

cc:   Karon V. Johnson, AUSA
      Richard P. Arens, Defense Counsel