ROSSANNA VILLAGOMEZ-AGUON
Chief U.S. Probation Officer
CHRISTOPHER J. DUENAS
U.S. Probation Officer Specialist
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910
Telephone:   (671) 473-9201
Facsimile:    (671) 473-9202

IN THE DISTRICT COURT OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00106 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| LORETTA SANCHEZ TAIANAO, | ) | |
| Defendant. | ) | |

Upon request of the U.S. Probation Office, to which the parties have no objection, the sentencing hearing is hereby moved from February 13, 2008, to March 17, 2008, at 9:30 a.m. The pre-sentence investigation report shall be provided to the parties no later than February 15, 2008. The parties shall file their responses to the pre-sentence investigation report no later than February 29, 2008. The final pre-sentence investigation report, addendum, and sentence recommendation shall be submitted to the Court and parties no later than March 10, 2008.

IT IS SO ORDERED.



/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Jan 08, 2008