UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA ) | USDC Cr. Cs. No. 07-00106 |
| Plaintiff, ) | |
| ) | |
| vs. ) | REQUEST TO CONTINUE |
| ) | **SENTENCING HEARING** |
| LORRETTA SANCHEZ TAIANAO ) | |
| Defendant. ) | |
| _____ ) | |

COMES NOW, the United States Probation Officer and respectfully requests the Honorable Court for an Order to continue the Sentencing Hearing set for March 17, 2008. The Probation Officer requests that the Court continue sentencing to April 17, 2008. The continuance will enable the Probation Officer to complete the pre-sentence investigation and report. Both attorneys in the case have no objection to the continuance.

RESPECTFULLY submitted this __6th__ day of March 2008.

                                        Respectfully submitted,

                                      ROSSANNA VILLAGOMEZ-AGUON
                                      Chief U.S. Probation Officer

By:  /s/ Christopher J. Duenas
                                      U.S. Probation Officer Specialist