ROSSANNA VILLAGOMEZ-AGUON
Chief U.S. Probation Officer
CHRISTOPHER J. DUENAS
U.S. Probation Officer Specialist
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910
Telephone: (671) 473-9201
Facsimile: (671) 473-9202

IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL CASE NO. 07-00106 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| LORETTA SANCHEZ TAIANAO, | ) | |
| Defendant. | ) | |
| _____ | ) | |

Upon the second request of the U.S. Probation Office, to which the parties have no objection, the sentencing hearing is hereby moved from March 17, 2008, to April 29, 2008, at 9:30 a.m. The presentence investigation report shall be provided to the parties no later than March 18, 2008. The parties shall file their responses to the pre-sentence investigation report no later than April 1, 2008. The final presentence investigation report, addendum, and sentence recommendation shall be submitted to the Court and parties no later than April 15, 2008.

IT IS SO ORDERED.



/s/ Joaquin V.E. Manibusan, Jr.
   U.S. Magistrate Judge
Dated: Mar 10, 2008