# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 07-00106-001 |
| Plaintiff, ) | |
| ) | **INFORMATIONAL REPORT** |
| vs. ) | |
| LORETTA S. TAIANAO, ) | |
| Defendant. ) | |

**Re:   Violations of Pretrial Release Conditions; No Action Requested**

On November 15, 2007, Loretta S. Taianao appeared before Magistrate Judge Joaquin V. E. Manibusan Jr., for a Waiver of Indictment, Filing of Information, and Entry of Plea Hearing. The Information filed on November 8, 2007, charged the defendant with Possession of a Threatened Species, in violation of 16 U.S.C. § 1538(a)(1)(D).

On the same date, Ms. Taianao was released on a personal recognizance bond with conditions that she report to the U.S. Probation Office as directed; surrender any passport to the U.S. Probation Office; obtain no passport; not change residence without permission of the U.S. Probation Officer; refrain from possessing a firearm, destructive device, or other dangerous weapon; refrain from excessive use of alcohol; refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner; and report as soon as possible any contact with law enforcement.

She is alleged to have violated the following conditions of release:

**Mandatory Condition:**  *The defendant shall immediately advise the Court, defense counsel, and the U.S. Attorney in writing before any change in address and telephone number.*

**Standard Condition:**  *The defendant shall remain at a fixed address unless given permission by the U.S. Probation Office.*

INFORMATIONAL REPORT
Violations of Pretrial Release Conditions; No Action Requested
Re:   TAIANAO, Loretta S.
Criminal Case No. 07-00106-001
March 20, 2008
Page 2

On March 4, 2008, this Officer met with Ms. Taianao for her monthly reporting requirement.  She stated that on March 1, 2008, she relocated from her residence in Agana Heights, Guam to a new residence in Dededo, Guam.  However, Ms. Taianao failed to get prior permission of the U.S. Probation Office or inform the Court, defense counsel, and the U.S. Attorney's Office in writing as required.  She stated that she moved from an apartment rental unit to a house rental unit to allow more space for her and her mother.

**Recommendation:**  It is recommended that this report be for informational purposes only and no action be taken at this time.  Ms. Taianao has been warned of the consequences of further violations.  Her compliance will continue to be closely monitored.  Any further violations will be reported to the Court accordingly.

Respectfully submitted,

ROSSANNA VILLAGOMEZ-AGUON
Chief U.S. Probation Officer

By:  /s/ JOHN W. SAN NICOLAS II
U.S. Probation Officer

Reviewed by:

/s/ CARMEN D. O'MALLAN
U.S. Probation Officer Specialist
  Supervision Unit Leader

cc:   Karon V. Johnson, AUSA
      Richard P. Arens, AFPD
      File