| | |
|---|---|
| 1 | Taianao.Psr |
| 2 | LEONARDO M. RAPADAS<br>United States Attorney |
| 3 | KARON V. JOHNSON<br>Assistant U.S. Attorney |
| 4 | Suite 500, Sirena Plaza<br>108 Hernan Cortez Ave. |
| 5 | Hagåtña, Guam 96910<br>Telephone: (671) 472-7332 |
| 6 | Telecopier: (671) 472-7334 |
| 7 | Attorneys for the United States of America |

# IN THE UNITED STATES DISTRICT COURT

# FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00106 |
| Plaintiff, | ) | **GOVERNMENT'S STATEMENT ADOPTING FINDINGS OF PRESENTENCE REPORT AND STATEMENT CONCERNING SUBSTANTIAL ASSISTANCE** |
| vs. | ) | |
| LORETTA SANCHEZ TAIANAO, | ) | |
| Defendant. | ) | |

Pursuant to General Order 88-1, as amended by General Orders 93-00006 and 98-00002, the United States adopts the findings of the Presentence Report for the above defendant.

Defendant is facing a sentence of 0-6 months incarceration. The maximum term of supervised release is one year, though a sentence of up to five years probation could be imposed. Defendant provided the government substantial assistance, but given that she is already facing 0-6 months incarceration, there is no further level to depart to. Based on the defendant's

//

//

//

cooperation, the government's recommends, and NOAA agent Chuck Rateman agrees, that defendant receive a sentence of one year probation.

RESPECTFULLY SUBMITTED this  23rd  day of April, 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI


By:   /s/ Karon V. Johnson
KARON V. JOHNSON
Assistant U.S. Attorney