**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**SENTENCING**

CASE NO.: CR-07-00106　　　　　　　　　　　DATE: April 29, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori　　　　Court Recorder: Walter Tenorio
Courtroom Deputy: Walter M. Tenorio　　　Electronically Recorded: 9:14:45 - 9:25:24

**APPEARANCES:**
Defendant: Loretta Sanchez Taianao　　　　Attorney: Richard Arens
☑ Present ☐ Custody ☐ Bond ☑ P.R.　　　☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Karon Johnson　　　　　　U.S. Agent:
U.S. Probation: Stephen Guilliot
Interpreter:　　　　　　　　　　　　　Language:

**PROCEEDINGS: Sentencing**
- Defendant sentenced to a probation term of <u>1 year</u>.
- Fine waived.
- Special assessment fee of $25.00 shall be paid immediately after sentencing.
- Defendant advised of appeal rights.

NOTES: