# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

**TO**: United States Department of State
Office of Passport Policy and Advisory Services
2100 Pennsylvania Avenue, NW, 3rd Floor
Washington, D.C. 20037

**FROM**: John W. San Nicolas II, U.S. Probation Officer
District of Guam
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910

☐ **Original Notice**

☒ **Notice of Disposition**

Date: **November 15, 2007**

By: **Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge**

Date: **April 29, 2008**

By: **Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge**

Defendant: **TAIANAO, Loretta S.**

Date of Birth: **XX-XX-1970**

SSN: **XXX-XX-2957**

Case Number: **Criminal Case No. 07-00106-001**

Place of Birth: **Tamuning, Guam - USA**

==================================================================

NOTICE OF COURT ORDER (Order Date: **November 16, 2007**)

☒ The above-named defendant is not permitted to apply for the issuance of a passport during the pendency of this action.

☒ The above-named defendant surrendered Passport Number **XXXXXX** to the custody of the **U.S. Probation Office, District of Guam.**

## NOTICE OF DISPOSITION

The above case has been disposed of and the above order of the court is no longer in effect.

☐ Defendant not convicted.

☒ Defendant convicted.

Distribution:
U.S. District Court
Pretrial Case File
Filed with surrendered passport (if applicable)
Department of State
☐ Not Convicted - PS40/Passport returned to defendant.
☐ Not Convicted - PS40/Passport enclosed for further investigation due to evidence that the document may have been issued in a false name.
☐ Convicted - PS40 and copy of Judgment enclosed.
Defendant (or representative)