ROSSANNA VILLAGOMEZ-AGUON
Chief U.S. Probation Officer
JOHN W. SAN NICOLAS II
U.S. Probation Officer
U.S. District Court of Guam
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910
Telephone: (671) 473-9201
Fax: (671) 473-9202

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00106-001 |
| Plaintiff, | ) | |
| vs. | ) | **APPLICATION FOR RELEASE OF PASSPORT** |
| LORETTA S. TAIANAO, | ) | |
| Defendant. | ) | |

COMES NOW, U.S. Probation Officer John W. San Nicolas II, in the above-captioned case and requests for the release of USA Passport, Number XXXXXXXXX, to the defendant, Loretta S. Taianao. The passport was surrendered to the custody of the U.S. Probation Office pending the disposition of this case. On April 29, 2008, Ms. Taiano was sentenced to one year probation.

Dated this 1st day of May 2008.

/s/ JOHN W. SAN NICOLAS II
U.S. Probation Officer