ROSSANNA VILLAGOMEZ-AGUON
Chief U.S. Probation Officer
JOHN W. SAN NICOLAS II
U.S. Probation Officer
U.S. District Court of Guam
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910
Telephone: (671) 473-9201
Fax: (671) 473-9202

# IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00106 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER re APPLICATION** |
| vs. | ) | **FOR RELEASE OF PASSPORT** |
| | ) | |
| LORETTA S. TAIANAO, | ) | |
| | ) | |
| Defendant. | ) | |

Upon application by the U.S. Probation Officer, the court hereby directs the U.S. Probation Office to release the Defendant's passport to her.

IT IS SO ORDERED.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: May 05, 2008